UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAD JOACHIMS, KIMBERLY JOACHIMS AND COUNTRY ACCENTS, INC., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No.: 06-CV-01362-MLB-DWB |
| GENERAL ELECTRIC COMPANY, ) ) | |
| Defendant. ) | |

## ORDER JOINING ADDITIONAL PLAINTIFFS

Before the Court is Defendant General Electric Company's Motion for Joinder (Doc. #12) seeking joinder of Continental Western Insurance Company and State Farm Insurance Company as party plaintiffs pursuant to F.R.C.P. 19(a). No response has been filed and the time for response under D. Kan. Rule 6.1(d)(1) has run. Therefore the Court may treat the motion as an uncontested motion under D. Kan. Rule 7.4.

**IT IS THEREFORE ORDERED** that Continental Western Insurance Company and State Farm Insurance Company be joined as party Plaintiffs in this case. If they refuse to join as plaintiffs, they may be made defendants, or involuntary plaintiffs under F.R.C.P. 19(a). Defendant shall undertake service of this Order on Continental Western Insurance Company and State Farm Insurance Company and shall take such further steps to secure their joinder as may be necessary.

Dated this 3rd day of May, 2007 at Wichita, Kansas.

s/ DONALD W. BOSTWICK
Donald W. Bostwick
United States Magistrate Judge